**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 24-1696**

NABOR GONZALEZ-GONZALEZ,

Petitioner,

v.

MERRICK B. GARLAND, Attorney General,

Respondent.

On Petition for Review of An Order of the Board of Immigration Appeals.

Submitted: December 5, 2024                          Decided: December 9, 2024

Before GREGORY and RICHARDSON, Circuit Judges, and FLOYD, Senior Circuit Judge.

Petition denied by unpublished per curiam opinion.

**ON BRIEF:** Mark J. Devine, Charleston, South Carolina, for Petitioner. Brian Boynton, Principal Deputy Assistant Attorney General, Shelley R. Goad, Assistant Director, Russell J.E. Verby, Senior Litigation Counsel, Office of Immigration Litigation, Civil Division, UNITED STATES DEPARTMENT OF JUSTICE, Washington, D.C., for Respondent.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Nabor Gonzalez-Gonzalez, a native and citizen Mexico, petitions for review of an order of the Board of Immigration Appeals (Board) denying his motion to reopen as untimely and declining to exercise its authority to sua sponte reopen the proceedings. On appeal, Gonzalez does not argue that the Board erred in dismissing the motion as untimely. *Ullah v. Garland*, 72 F.4th 597, 602 (4th Cir. 2023) (explaining that a party forfeits appellate review of those issues and claims not raised in the party's briefs). Regarding Gonzales's challenge to the Board's denial of his request for sua sponte reopening, *see* 8 C.F.R. § 1003.2(a) (2023), we lack jurisdiction to review that decision, *see Lawrence v. Lynch*, 826 F.3d 198, 206-07 (4th Cir. 2016).

Accordingly, we deny the petition for review. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*PETITION DENIED*